

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Van Madison, Appellant

No. 06-23-00220-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Delta County, Texas (Tr. Ct. No. 7964). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant, Michael Van Madison, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 29, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk